# HAUSFELD

**Nathaniel C. Giddings**
**Partner**

September 24, 2025

1200 17th Street N.W.
Suite 600
Washington, DC 20036
ngiddings@hausfeld.com

Hon. Lewis J. Liman
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 15C
New York, NY 10007-1312

**By CM/ECF**

RE:    Request to Seal Plaintiffs' Forthcoming Amended Complaints in *In re Concrete and Cement Additives Antitrust Litigation*, Case No. 24-MD-3097(LJL)

Dear Judge Liman,

This letter is submitted on behalf of Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs ("Plaintiffs") in the above-captioned matter to request permission to file our respective amended complaints under seal on September 26, and to have them remain under seal for one week (until October 3) to allow Saint-Gobain time to review them and request permanent sealing of any confidential information contained therein.

As you know, Plaintiffs reached settlements with the Saint-Gobain Defendants that provided for, *inter alia*, Saint-Gobain's provision of documents and information after preliminary approval. Since the Court preliminarily approved the settlements (ECF Nos. 315-16), Plaintiffs have begun to receive that information, which Saint-Gobain has designated as Highly Confidential pursuant to the settlement agreements and the Protective Order entered in the case. *See* DPP-Saint-Gobain Settlement Agreement at ¶ 14(d); ECF No. 261.

Plaintiffs are currently in the process of incorporating the information from Saint-Gobain into their respective amended complaints, which are due on September 26, 2025. *See* ECF No. 306. Plaintiffs anticipate that their amended complaints will contain information that Saint-Gobain may ultimately request to seal. *See* DPP-Saint-Gobain Settlement Agreement at ¶ 18(c). Plaintiffs take no position on that request at this time.

Plaintiffs understand Your Honor's Individual Rules of Practice to require Plaintiffs to file a letter motion requesting the sealing of their amended complaints. However, because the information that would ultimately be sealed, if any, has been designated as Highly Confidential by Saint-Gobain, Plaintiffs request only that the Court withhold ruling on this letter motion for one week after the filing of their amended complaints to give Plaintiffs time to meet and confer with Saint-Gobain on the redactions, if any, that Saint-Gobain may seek, and for Saint-Gobain to thereafter file a letter motion with the Court requesting any such redactions.

Plaintiffs are available at the Court's convenience to discuss any questions or concerns regarding the above request.

Sincerely,
*/s/ Nathaniel C. Giddings*
Nathaniel C. Giddings
Partner

**hausfeld.com**

**AMSTERDAM | BERLIN | BOSTON | DÜSSELDORF | HAMBURG | LONDON | NEW YORK | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**